JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 921 -- In re Lipton Iced Tea Bottlers Contract Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/01/22 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-4), CERTIFICATE OF SERVICE -- filed by deft. Conopco, Inc. -- SUGGESTED TRANSFEREE DISTRICT: S.D. Ohio (cdm) |
| 92/02/03 | 2 | LETTER -- w/copy of N.D. Illinois order re A-2 Royal Crown -- signed by Tom Wiegand, counsel for Royal Crown Bottling Co. of Chicago -- w/cert. of service (cdm) |
| 92/02/03 | | APPEARANCE -- WILLIAM A. KLATT, ESQ. for Beverage Management, Inc.; R. MARK MCCAREINS, ESQ. for Royal Crown Bottling Co. of Chicago; JEROME H. CRAIG, ESQ. for Seven-Up/RC Bottling Company of Southern California, Inc.., d/b/a W.B. Bottling Corp.; JAMES M. SAKRISON, ESQ. for Kalil Bottling Co.; JEFFREY A. LEVEE, ESQ. for Pepsico, Inc.; and TERENCE F. GILHEANY, ESQ. for Conopco, Inc., d/b/a Thomas J. Lipton Co. (bas) |
| 92/02/11 | 3 | RESPONSES (to pldg. #1) -- filed by pltf. Kalil Bottling Co. w/proof of svc. (bas) |
| 92/02/11 | 4 | RESPONSE (to pldg. #1) -- filed by pltf. Beverage Management, Inc. w/cert. of svc. (bas) |
| 92/02/11 | 5 | RESPONSE/MEMORANDUM (to pldg. #1) -- filed by pltf. Royal Crown Bottling Co. of Chicago w/cert. of svc. (bas) |
| 92/02/11 | 6 | RESPONSE/MEMORANDUM (to pldg. #1) -- filed by pltf. Seven-Up/RC Bottling Co. of Southern California, Inc. w/proof of svc. (bas) |
| 92/02/14 | 7 | REQUEST FOR EXTENSION OF TIME TO FILE AND SERVE REPLY -- EXTENSION OF TIME GRANTED TO AND INCLUDING FEBRUARY 26, 1992 FOR DEFENDANT CONOPCO, INC. -- filed by movant Conopco, Inc. w/proof of svc. -- Notified involved counsel (bas) |
| 92/02/20 | | HEARING ORDER -- setting motion to transfer for Panel Hearing on March 27, 1992 in Chicago, Illinois (ds) |
| 92/02/26 | 8 | SUBSEQUENT INFORMATION -- filed by deft. Conopco, Inc. (re: A-2 Royal Crown Bottling Co. of Chicago v. Conopco, Inc., N.D. Illinois, C.A. No. 91-C-8365) -- w/cert. of svc. (bas) |
| 92/02/26 | 9 | REPLY/SUPPLEMENT -- filed by movant Conopco, Inc. w/proof of svc. (bas) |
| 92/04/22 | | CONSENT OF TRANSFEREE COURT -- For litigation to be transferred to Southern District of Ohio pursuant to 28 U.S.C. Section 1407 for assignment to Judge Kinneary. |
| 92/04/22 | | TRANSFER ORDER -- transferring A-2, A-3, A-4 to Ohio, S. pursuant to 28 U.S.C. Section 1407 for assignment to Judge Kinenary. Notified involved clerks, judges, counsel, misc. |

JPML FORM 1A   p. 2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 921 --

| Date Filed | No. | Pleading Description |
|---|---|---|
| 92/02/27 | | SECOND AMENDMENT TO THE HEARING ORDER AND ATTACHED SCHEDULE FILED FEBRUARY 20, 1992 -- amending hearing order to include reinstated action (**Royal Crown Bottling Co. of Chicago**) for transfer for Panel hearing on March 27, 1992, in Chicago, Illinois (ds) |
| 92/03/13 | 10 | SECOND SUPPLEMENTAL INFORMATION -- Filed by Conopco, Inc. -- w/cert. of svc. (rh) |
| 92/03/27 | | HEARING APPEARANCES (for Panel hearing on March 27, 1992, in Chicago, Illinois) -- TERRENCE F. GULHEANY, ESQ. for Comopco, Inc.; JEROME H. CRAIG, ESQ. for Seven-Up Bottling Co. of Southern California (The Los Angeles Action); R. MARK MCCAREINS, ESQ. for Royal Crown Bottling Co. of Chicago and WILLIAM A. KLATT, ESQ. for Beverage Management, Inc. (ds) |
| 92/03/27 | | WAIVERS OF ORAL ARGUMENT -- PepsiCo, Inc. and Kalil Bottling Co., Inc. (ds) |
| 92/03/30 | 11 | SUPPLEMENTAL INFORMATION -- Filed by R. Mark McCareins Counsel For Pltf. Royal Crown Bottling Co. of Chicago -- w/cert. of svc. (rh) |
| 92/04/02 | 12 | SUPPLEMENTAL INFORMATION -- filed by Conopco, Inc. w/cert. of svc. (ds) |
| 92/04/08 | 13 | LETTER -- subsequent information, dated 4/6/92 -- filed by deft. Royal Crown Bottling co. w/cert. of svc. (ds) |
| 92/04/22 | | TRANSFER ORDER FILED TODAY -- transferring A-2 thru A-4 to the Southern District of Ohio for pretrial consolidation and coordination -- Notified involved judges, clerks, counsel and misc. recipients (kac) |
| 92/05/06 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-5 Seven-Up Bottling Co. of San Francisco, Inc., et al. v. Thomas J. Lipton Co., et al., N.D. California, C.A. No. C92-1001 DLJ ARB) -- Notified involved counsel and judges (bas) |

JPML FORM 1A                                                              p. 3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 921 -- In re Lipton Iced Tea Bottlers Contract Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/05/19 | 14 | **ORDER** -- filed by Hon. John D. Holschuh requesting that litigation be transferred from Hon. Joseph P. Kinneary to Hon. James L. Graham -- (bas) |
| 92/05/19 | | **ORDER REASSIGNING LITIGATION** -- litigation reassigned from Hon. Joseph P. Kinneary to James L. Graham -- Notified ivolved counsel, judges, and clerk (bas) |
| 92/05/22 | | CONDITIONAL TRANSFER ORDER **FINAL TODAY** -- **(B-5)** Seven-Up Bottling Co. of San Francisco, Inc., et al. v. Thomas J. Lipton, Co., et al., N.D. California, C.A. No. C 92 1001 DLJ ARB -- Notified involved clerks and judges (kac) |
| 92/12/18 | 15 | SUGGESTION TO REMAND -- Signed by Judge James L. Graham (dated 11/20/92) in **(A-2)** Royal Crown Bottling Co. of Chicago v. Conopco, Inc., etc., S.D. Ohio, C2-92-679 (N.D. Illinois, 91-C-8365); and **(A-4)** Kalil Bottling Co. v. Conopco, Inc., etc., S.D. Ohio, C2-92-1129 (D. Arizona, 92-001) (lg) |
| 92/12/18 | | CONDITIONAL REMAND ORDERS FILED TODAY -- **(A-2)** Royal Crown Bottling Co. of Chicago v. Conopco, Inc., etc., S.D. Ohio, C2-92-679 (N.D. Illinois, 91-C-8365); **(A-4)** Kalil Bottling Co. v. Conopco, Inc., etc., S.D. Ohio, C2-92-1129 (D. Arizona, 92-007) - Notified involved counsel and judge (lg) |
| 93/01/05 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- **(A-2)** Royal Crown Bottling Co. of Chicago v. Conopco, Inc., etc., S.D. Ohio, C2-92-679 (N.D. Illinois, C.A. No. 91-C-8365); and **(A-4)** Kalil Bottling Co. v. Conopco, Inc., etc, S.D. Ohio, C2-92-1129 (D. Arizona, C.A. No. 92-007) -- Notified involved clerks and judges (bas) |

JPML Form 1

Revised: 8/78

DOCKET NO. 921 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Lipton Iced Tea Bottlers Contract Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 3/27/92 Chicago, IL | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 4/22/92 | TO | Unpublished | S.D.Ohio | ~~Joseph P. Kinneary~~ James L. Graham | |

Special Transferee Information

DATE CLOSED: 1-5-93

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 921 -- In re Lipton Iced Tea Bottlers Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Beverage Management, Inc. v. Conopco, Inc., etc. | Ohio,S. Kinneary | C2-91-1035 | | | settled 11/3/92 settled | |
| A-2 | Royal Crown Bottling Co. of Chicago v. Conopco, Inc., etc. | Ill.,N. Anderson | 91-C-8365 | 4/22/92 | C2-92-679 | 1-5-93 R | |
| A-3 | Seven-up Bottling Co. of Southern California, Inc., etc. v. Conopco, Inc., et al. | Cal.,C. Real | 92-0360-R | 4/22/92 | | settled 9/11/92 settled | |
| A-4 | Kalil Bottling Co. v. Conopco, Inc., etc. | Ariz. Marquez | 92-007 | 4/22/92 | C2-92-1129 | 1-5-93 R | |
| B-5 | Seven-Up Bottling Co. of San Francisco, Inc., et al. v. Thomas J. Lipton Co., et al.  5-6-92 | Cal.,N. Jensen | C92-1001 DLJ ARB | 5/22/92 | | settled 11/12/92 | |

Sept. 72 4 to/1xy2/spending

noted on 8/20/93 R.
noted
teten

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 921 -- In re Lipton Iced Tea Bottlers Contract Litigation

===================================================================

BEVERAGE MANAGEMENT, INC. (A-1)
William A. Klatt, Esq.
Squire, Sanders & Dempsey
41 South High St., 13th Floor
Columbus, OH  43215

ROYAL CROWN BOTTLING CO. OF CHICAGO
  (A-2)
R. Mark McCareins, Esq.
Winston & Strawn
35 W. Wacker
Chicago, IL  60601

SEVEN-UP/RC BOTTLING COMPANY OF
SOUTHERN CALIFORNIA, INC., D/B/A
W.B. BOTTLING CORP. (A-3)
Jerome H. Craig, Esq.
Hufstedler, Kaus & Ettinger
355 S. Grand Avenue, 45th Floor
Los Angeles, CA  90071-3107

KALIL BOTTLING CO., ETC (A-4)
James M. Sakrison, Esq.
Slutes, Sakrison, Even, Grant &
  Pelander, P.C.
33 N. Stone Avenue, Suite 1100
Tucson, AZ  85701

PEPSICO, INC.
Jeffrey A. LeVee, Esq.
Jones, Day, Reavis & Pogue
555 W. Fifth St., Suite 4600
Los Angeles, CA  90013-1025

CONOPCO, INC., D/B/A
THOMAS J. LIPTON CO.
Terence F. Gilheany, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038

SEVEN-UP BOTTLING COMPANY OF
  SAN FRANCISCO, INC., ET AL.
  (B-5)
Robert A. Randick, Jr., Esq.
Randick & O'Dea
1800 Harrison, Suite 1771
Oakland, CA  94612

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 921 -- In re Lipton Iced Tea Bottlers Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Conopco, Inc., d/b/a Thomas J. Lipton Co. | A-1; A-2; A-3; A-4, B-5 |
| Pepsico, Inc. | A-3; B-5 |