JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 22 92

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 921

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE LIPTON ICED TEA BOTTLERS CONTRACT LITIGATION*

*BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK,\* LOUIS H. POLLAK, HALBERT O. WOODWARD, ROBERT R. MERHIGE, JR.,\* AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL*

TRANSFER ORDER

This litigation presently consists of four actions, one action each pending in the Southern District of Ohio, the Northern District of Illinois, the Central District of California and the District of Arizona.[1] Before the Panel is a motion by defendant Conopco, Inc. (Conopco) to centralize these actions in the Southern District of Ohio for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407. Plaintiffs in the four actions oppose the motion.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Southern District of Ohio will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Each action involves the decision of Thomas J. Lipton Company (Lipton), an unincorporated division of Conopco, to terminate its distribution contracts with approximately 150 of its bottlers, including the plaintiffs in these actions. Common factual questions arise because 1) the same underlying factors motivated Lipton's termination of all the distribution contracts; 2) Lipton sent identical letters to all bottlers (including the plaintiffs) on November 14, 1991, notifying them of its intent to terminate its distribution contracts with them; and 3) the termination provisions of all plaintiffs' distribution contracts with Lipton are similarly worded. Centralization under Section 1407 is thus necessary

---

\* Judge Pollack recused himself and took no part in the decision of this matter. In addition, Judge Merhige took no part in the decision of this matter.

[1] The Panel has been informed that an additional related action is pending in the Northern District of California. This action will be treated as a potential tag-along action. *See* Rules 12 and 13, R.P.J.P.M.L., 120 F.R.D. 251, 258-59 (1988).

- 2 -

in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

None of the four federal districts in which constituent actions are pending could be characterized as the center of gravity for this litigation. On balance, however, we are persuaded that the Southern District of Ohio is the appropriate transferee forum. We note that i) the first-filed action is pending in that district, and ii) the Ohio court is the preferred forum of common defendant Conopco.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Southern District of Ohio be, and the same hereby are, transferred to the Southern District of Ohio and, with the consent of that court, assigned to the Honorable Joseph P. Kinneary for coordinated or consolidated pretrial proceedings with the action listed on Schedule A and pending in that district.

FOR THE PANEL:**

John F. Nangle
Chairman

---

** Judge Pollak dissents from this decision of the Panel.

Schedule A

MDL-921 -- In re Lipton Iced Tea Bottlers Contract Litigation

### Northern District of Illnois

Royal Crown Bottling Co. of Chicago v. Conopco, Inc., etc.,
C.A. No. 91-C-8365

### District of Arizona

Kalil Bottling Co. v. Conopco, Inc., etc.,
C.A. No. 92-007

### Central District of California

Seven-Up Bottling Co. of Southern California, Inc., etc. v. Conopco, Inc., et al.,
C.A. No. 92-0360-R

### Southern District of Ohio

Beverage Management, Inc. v. Conopco, Inc., etc.,
C.A. No. C2-91-1035

DOCKET NO. 921

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LIPTON ICED TEA BOTTLERS CONTRACT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY 19 1992

PATRICIA D. HOWARD
CLERK OF THE PANEL

ORDER REASSIGNING LITIGATION

The actions in the above litigation have been reassigned to the Honorable James L. Graham in accordance with the Local Rules for the United States District Court for the Southern District of Ohio.

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable James L. Graham for coordinated or consolidated pretrial proceedings pursuant to 28 U.S. C. §1407.

FOR THE PANEL:

John F. Nangle
Chairman